ACCEPTED
03-13-00789-CV
8177126
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/10/2015 11:50:41 AM
JEFFREY D. KYLE
CLERK

No. 03-13-00789-CV

# IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/10/2015 11:50:41 AM
JEFFREY D. KYLE
Clerk

**ALPHONSO CRUTCH LIFE SUPPORT CENTER, INC.**

*Appellant ,*

**v.**

**MICHAEL L. WILLIAMS, COMMISSIONER OF EDUCATION; HOLLAND TIMMINS, DESIGNEE OF THE COMMISSIONER; AND THE TEXAS EDUCATION AGENCY,**

*Appellees.*

### From the 261st Judicial District Court of

### Travis County, Texas

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING

Appellant Alphonso Crutch Life Support Center, Inc. asks the court to extend the time to file its Motion for Rehearing.

## A. Introduction

1. Appellant is Alphonso Crutch Life Support Center

2. Appellant Michael L. Williams, et. al.

3. The deadline to file this response is December 15, 2015

4. The parties have agreed to this motion.

## B. Argument and Authorities

5. The Court has authority under TRAP 49.8 and 10.5 to extend the time

to file a Motion for Rehearing.

6. Parties have agreed to a 30 day extension to January 15th, 2016 to file the Motion for Rehearing.

7. No extension has been granted before to file the Motion for Rehearing.

8. Appellant needs additional time because of a very busy litigation schedule, the complicated issues contemplated in the Motion for Rehearing and the upcoming Holiday period.

## C. Conclusion/Prayer

9. For these reasons, Appellant asks the Court to grant an extension of time to file its brief until January 15, 2016.

Respectfully submitted,

**THE BLEDSOE LAW FIRM, PLLC**

By:**/s/ Gary L. Bledsoe**
Gary L. Bledsoe
State Bar No. 02476500
garybledsoe@sbcglobal.net
Alondra Johnson
ajohnson@thebledsoelawfirm.com
State Bar No. 24087801
316 W. 12th Street
Austin, Texas 78701
(512) 322-9992 Telephone
(512) 322-0840 Fax

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Beth Klusmann by telephone and e-mail and she has agreed and is unopposed to *Appellant's Motion to Extend Time.*

/s/ **Gary L. Bledsoe**

Gary Bledsoe

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following parties via e-mail/e-service, United States certified mail and/or via facsimile on this 9th day of December 2015.

Beth Klusmann
Assistant Solicitor General
bethklusmann@texasattorneygeneral.com
(512) 936-1914

/s/ **Gary L. Bledsoe**
Gary Bledsoe